## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALVIN GREY, | |
| **Plaintiff,** | **4:26CV48** |
| **vs.** | **ORDER** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| **Defendant.** | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1.  On or before **July 6, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 5th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge